**Order filed, July 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00473-CV

_____

**JUDITH WRIGHT  PATTERSON, Appellant**

**V.**

**ETHEL LOUISE WILLIAMS AND RICK HARRIS, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-16669**

### ORDER

The reporter's record in this case was due **June 11, 2012**. _See_ Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Marcia Barnett and Michelle Tucker**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM